

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00159-CR

**EALON CHARLES SCOTT,**

          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

          **Appellee**

### From the 220th District Court
### Hamilton County, Texas
### Trial Court No. CR 7755

## ABATEMENT ORDER

Ealon Charles Scott was convicted of evading arrest and sentenced to 10 years in prison. He was represented at trial and is represented on appeal by appointed counsel. Scott and his appointed counsel have filed a motion in this Court to appoint new appellate counsel. This Court does not have such authority. *See* TEX. CODE CRIM. PROC. ANN. art 26.04(j)(2) (West Supp. 2012); *Noland v. State*, 261 S.W.3d 926 (Tex. App.—Waco 2008, order); *Enriquez v. State*, 999 S.W.2d 906, 907 (Tex. App.—Waco 1999, order) (construing predecessor to current statute; *see* Acts 1987, 70th Leg., ch 979 § 2, amended

by Acts 2001, 77th Leg., ch 906, § 6). By the motion, the Court has been informed that, due to a family emergency, counsel has moved out of the district and can no longer represent Scott on appeal. Scott's brief was due in this Court on September 9, 2013.

Accordingly, this appeal is abated to the trial court to hold a hearing within 28 days from the date of this order to consider whether Scott is still indigent and if so, whether to discharge Scott's currently appointed counsel and to appoint new appellate counsel for Scott. Supplemental Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings are ordered to be filed within **42 days** from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed September 12, 2013